IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| DANIEL LEE DEFREECE,<br><br>　　Plaintiff,<br><br>v.<br><br>AT&T and METROPOLITAN LIFE INS. CO.,<br><br>　　Defendants. | CIVIL ACTION NO.: 2:17-CV-00003-CLC-MCLC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel Lee Defreece and Defendants AT&T Umbrella Benefit Plan No. 2 ("AT&T") and Metropolitan Life Insurance Company come now, through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action, with prejudice. No party seeks to have costs taxed.

*s/ Richard A. Spivey*
RICHARD A. SPIVEY
SPIVEY, KING & SPIVEY, LLP
142 Cherokee Street
Kingsport, TN 37660
Telephone: (423) 245-4185
Facsimile: (423) 245-3362
Email: rspivey1524@earthlink.net

ATTORNEY FOR PLAINTIFF
DANIEL LEE DEFREECE

*s/ Leon H. Lee, Jr.*
Leon H. Lee, Jr.
Admitted *Pro Hac Vice*
AT&T Services, Inc.
Suite 4300
675 West Peachtree Street, NW
Atlanta, GA 30308
Telephone: (404) 927-3509
Facsimile: (404) 927-7167
Email: leon.lee@att.com

ATTORNEY FOR DEFENDANT AT&T

*s/ William B. Wahlheim, Jr.*
WILLIAM B. WAHLHEIM, JR.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
Email: wwahlheim@maynardcooper.com

ATTORNEY FOR DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY